FILED
CLERK, U.S. DISTRICT COURT

SEP 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Robert Ennis Goree

    Defendant.

CASE NO. CR 16-00468-ODW-2

ORDER OF DETENTION

I.

A. (X) On motion of the Government in a case allegedly involving:

    1. ( ) a crime of violence.

    2. ( ) an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4. ( ) any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. (X) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (X) On motion by the Government / ( ) on Court's own motion, in a case

allegedly involving:

(X) On the further allegation by the Government of:

1. (X) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:
   1. (X) the appearance of the defendant as required.
      (X) and/or
   2. (X) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✗) As to flight risk: For the reasons set forth in the Indictment and Pre-Trial Services Report and its recommendation.

B. (✗) As to danger: For the reasons set forth in the Indictment and in Pre-Trial Services Report and its recommendation.

## VI.

A. ( ) The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

CR-94 (06/07)    7/21/16    ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))    Patrick J. Walsh    Page 3 of 4